IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

TUNYA HIGGINS,                          §
                                        §
                Plaintiff,              §
                                        §
V.                                      §          No. 3:12-cv-5297-N-BN
                                        §
BANK OF AMERICA, N.A., ET AL.,          §
                                        §
                Defendants.             §

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this

case, and the Findings, Conclusions, and Recommendation of the United States

Magistrate Judge dated April 26, 2013, the Court finds that the Findings Conclusions,

and Recommendation of the Magistrate Judge are correct and they are accepted as the

Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and

Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 31st day of May, 2013.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE